

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

MEF:JW:mm
F.#
a:®candela®3500(1).ltr

*United States Attorney's Office*
*225 Cadman Plaza East*
*Brooklyn, New York 11201*

February 6, 1996

Harry C. Batchelder, Esq.
123 Williamsburg Street
  Suite 2301
New York, New York 10038

Martin Geduldig, Esq.
400 South Oyster Bay Road
  Suite 304
Hicksville, New York 11801

Charles F. Carnesi, Esq.
111 Livingston Street
  Suite 2200
Brooklyn, New York 11201

Louis Freeman, Esq.
233 Broadway, Suite 3201
New York, New York 10279

Michael Hurwitz, Esq.
299 Broadway, Suite 800
New York, New York 10007

Philip Katowitz, Esq.
20 Vesey Street, Suite 400
New York, New York 10007

              Re:  United States v. Salvatore Candela, et al.
                   Criminal Docket No. 95-438 (S-1)(RJD)

Dear Counsel:

          In anticipation of the upcoming trial in this matter
and in view of the volume of § 3500 material that we will be
producing to you, I write to advise you that § 3500 material
concerning Anthony Persichetti (whom we expect to call as a
witness), to the extent we have collected it to date, is
available for you to have copied at Commerce Photo Print,
15 Dutch Street, Third Floor, New York, New York 10038,
(212) 619-2679.  Specifically, Government Exhibits 3500-4A
through 3500-4Z are now available to you.  The government will

2

pay the cost of copying one set of the § 3500 material; the cost of additional copies will be billed to defense counsel.

Very truly yours,

ZACHARY W. CARTER
UNITED STATES ATTORNEY

By: *Jo-Anne Weissbart*

Jo-Anne Weissbart
Assistant U.S. Attorney

cc: Clerk of the Court (RJD)
Commerce Photo Print